# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

SUSAN LERA,

        Plaintiff,

vs.

HILTON GRAND VACATIONS, *et al.*,

        Defendants.

2:15-cv-00554-GMN-CWH

**ORDER**

    Before the court is the Motion for Exception to Attendance Requirements for Early Neutral Evaluation Session (#12).

    IT IS HEREBY ORDERED that any opposition to the Motion for Exception to Attendance Requirements for Early Neutral Evaluation Session (#12) must be filed on or before July 8, 2015. No reply necessary.

    DATED this 1st day of July, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE